| AOC-105         Doc. Code: CI         | | Case No. 10-CI 00564 |
| Rev. 1-07       05/25/2010 03:33 pm   | | Court   ☑ Circuit   ☐ District |
| Page 1 of 1     Ver. 1.02             | | County   Oldham |
| Commonwealth of Kentucky              | | |
| Court of Justice   www.courts.ky.gov  | CIVIL SUMMONS | |
| CR 4.02; CR Official Form 1           | | |

**PLAINTIFF**

D & H PROPERTIES OF LAGRANGE, LLC
4402 CHURCHMAN AVENUE
SUITE 306
LOUISVILLE        Kentucky        40215

VS.

**DEFENDANT**

ALLSTATE INSURANCE
8711 FREEPORT PARKWAY MS 14

IRVING        Texas        75063

**Service of Process Agent for Defendant:**
CT CORPORATION SYSTEM
306 WEST MAIN STREET
SUITE 512
FRANKFORT        Kentucky        40601

THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT(S):

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document

_G Mason_ _____ Clerk
_____ D.C.

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signed)_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  KENNETH BRYANT   C. Date of Delivery 05 28 10 |
| 1. Article Addressed to:<br>ALLSTATE INSURANCE<br>8711 FREEPORT PKWY MS 14<br>IRVING, TX 75063<br>10CI564  SM | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

FILED JUN 01 2010 OLDHAM CIRCUIT/DISTRICT COURT BY _____ D.C.

her initiating document) to:
_____
_____ Title

COMMONWEALTH OF KENTUCKY
OLDHAM COUNTY CIRCUIT COURT
CASE NO. 10 CI 00504

D & H PROPERTIES OF LAGRANGE, LLC  PLAINTIFF
4402 CHURCHMAN AVENUE, SUITE 306
LOUISVILLE, KENTUCKY 40215

VS.                               **COMPLAINT**

ALLSTATE INSURANCE                DEFENDANT
8711 FREEPORT PARKWAY MS 14
IRVING, TEXAS 75063

   SERVE: CT CORPORATION SYSTEM
          306 WEST MAIN STREET, SUITE 512
          FRANKFORT, KY 40601

\* \* \* \* \* \* \* \*

Comes the Plaintiff, D&H Properties of LaGrange, LLC, by and through counsel, and for its Complaint against Defendant hereby states as follows:

1. Plaintiff is a Kentucky Limited Liability Company primarily engaged in the business of ophthalmology with a principal office address in Louisville, Jefferson County, Kentucky. It owns real property in LaGrange, Kentucky, where it conducted business.

2. Defendant, Allstate Insurance, is a foreign corporation headquartered in Illinois and primarily engaged in the business of providing insurance.

3. Plaintiff's damages exceed the maximum amount needed to vest jurisdiction in Circuit Court.

### COUNT I

4. Plaintiff realleges, reaffirms and incorporates by reference all previous allegations herein.

1

FILED
MAY 2 6 2010
OLDHAM CIRCUIT, DISTRICT COURT
BY_____D.C.

5. Defendant issued a policy of insurance (policy no. 010 048 135059) covering real property owned by Plaintiff located in LaGrange, Kentucky.

6. The policy provides coverage for property damage to the insured premises.

7. Plaintiff timely paid all insurance premiums and otherwise satisfied its obligations under the policy.

8. In or around February of 2009, while the subject policy was in effect, Plaintiff suffered substantial property damage, including water damage, at said real estate.

9. Plaintiff notified Defendant of the damage and submitted a claim against the policy soon after the damage was discovered.

10. Despite demands, Defendant has denied the claim.

11. The claim denial constitutes a breach of contract.

12. As a substantial and proximate result of Defendant's breach of contract, Plaintiff has suffered actual damages in excess of $34,000.

## COUNT II

13. Plaintiff reaffirms, realleges and incorporates by reference all prior allegations herein.

14. Defendant's breach of contract was done in intentionally, recklessly, and/or knowingly in bad faith.

15. Defendant knew or should have known, following a due diligence investigation and evaluation of the claim, that it was valid.

16. As a substantial and proximate result of Defendant's failure to pay the subject claim, Plaintiff has suffered damages to which it is entitled to recover by way of a judgment.

## COUNT III

17. Plaintiff reaffirms, realleges and incorporates by reference all prior allegations contained herein.

18. Defendant, by its acts and omissions, has violated Kentucky's Unfair Settlement Claims Act.

19. Defendant's violation includes its failure to pay a valid claim within thirty (30) days of presentation as required.

20. As a substantial and proximate cause of Defendant's violation (s) of the KUCSA, Plaintiff is entitled to damages, including but not limited to a reasonable attorney fee.

WHEREFORE, PLAINTIFF RESPECTFULLY DEMANDS THE FOLLOWING RELIEF:

1. Judgment against Allstate Insurance in an amount supported by the evidence;
2. Interest on the entire judgment amount at the legal rate of twelve percent (12%) from the date of judgment until satisfied in full;
3. Pre-judgment interest at the legal rate;
4. Punitive damages;
5. Trial by jury;
6. Its court costs herein expended;
7. A reasonable attorney fee;
8. Leave to amend its pleadings and
9. Any and all other relief to which it may appear properly entitled in law and in equity.

RESPECTFULLY SUBMITTED,

*/s/ T. Scott Abell*
_____
T. SCOTT ABELL
Attorney for Plaintiff
Landward House
1387 South Fourth Street
Louisville, KY  40208
(502) 634-4199

4